# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RUBBY JAMES GRAY                                                                          PLAINTIFF

V.                       3:15CV00343 KGB/PSH

MATT HALL *et al*                                                    DEFENDANTS

## **ORDER**

On October 29, 2015, the Court entered an order directing plaintiff to pay the $400.00 filing and administrative fees for this action, or to file an application for leave to proceed *in forma pauperis* (docket entry 2). Plaintiff moved without updating his address, and that order was returned. However, on November 20, 2015, plaintiff filed a change of address notice (docket entry 5). Accordingly, the Clerk is directed to send plaintiff an *in forma pauperis* application at his updated address, along with the Court's prior order (docket entry 2). Plaintiff is directed to pay the full $400.00 filing and administrative fees, or to file an application for leave to proceed *in forma pauperis*, no later than 30 days after this order's entry date. Plaintiff's failure to do so will result in the recommended dismissal of his complaint. Because plaintiff is no longer in custody, he is not required to provide institutional trust fund account information.

Plaintiff must also file an amended complaint, containing the information requested in the Court's prior order, within 30 days. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this 23rd day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE