**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY                                                                            PLAINTIFF

V.                                           3:15CV00343 KGB/PSH

MATT HALL *et al*                                                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Rubby James Gray, who was formerly held at the Craighead County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on October 28, 2015.  Plaintiff did not pay the $400.00 filing and administrative fees, or file an application for leave to proceed *in forma pauperis* ("IFP").  Additionally, plaintiff's complaint was too vague to determine if he stated a claim for relief against each defendant.  Accordingly, on October 29, 2015, the Court entered an order directing plaintiff to pay the full filing and administrative fees or file an application for leave

1

to proceed IFP, and also to file an amended complaint, both within 30 days. That same order warned plaintiff that his failure to comply would result in the recommended dismissal of his complaint. Plaintiff was released from custody and did not receive that order, but later updated his address (docket entry 5). Therefore, on November 23, 2015, the Court ordered the October 29, 2015, order to be sent to plaintiff at his new address, and gave plaintiff 30 days from November 23, 2015 to comply (docket entry 6). Plaintiff was again warned that his failure to comply within 30 days would result in the recommended dismissal of his complaint.

More than 30 days have passed, and plaintiff has not paid the filing fee, filed an application for leave to proceed IFP, filed an amended complaint, or otherwise responded to the Court's order. Under these circumstances, the Court concludes that plaintiff's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE