# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                                **PLAINTIFF**

v.                       Case No. 3:15-cv-343 KGB/PSH

**MATT HALL,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

So adjudged this 3rd day of February, 2016.

_____
Kristine G. Baker
United States District Judge